# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

142920

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

RICKY RUSSELL FULTON,
  Defendant-Appellant.

_____/

SC: 142920
COA: 296114
Oakland CC: 2009-227299-FH

  On order of the Court, the application for leave to appeal the March 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

  MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

_____
Clerk

h0928